AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ISIDORA RIVERA | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. **15-cv-24173-Seitz/Turnoff** |
| ROYAL CARIBBEAN CRUISES LTD, a Liberian corporation, d/b/a/ ROYAL CARIBBEAN INTERNATIONAL | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ROYAL CARIBBEAN CRUISES LTD, a Liberian corporation, d/b/a/ ROYAL CARIBBEAN INTERNATIONAL
c/o Bradley H. Stein, Registered Agent
1050 Caribbean Way
Miami, FL  33132


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Birkenwald, Esq.
2450 Hollywood Blvd., Suite 305
Hollywood, Florida 33020


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **November 6, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts