AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Royal Caribbean Cruises, LTD.**
was received by me on *(date)* **11/9/2015**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bryan E. Probst (Litigation)** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Royal Carribbean Cruises, LTD.** on *(date)* **11/17/15 @ 10:10 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/17/2015**

*Server's signature*

**Christopher Mas  # 1623**
*Printed name and title*

Serve ~~~~
4000 Hollywood Blvd
Suite 555 - S
Hollywood, FL 33021

Additional information regarding attempted service, etc: