FILING FEE PAID
PAID *PAID*
pro hac *111937*
vice
Steven M. Larimore, Clerk

FILED by *AP* D.C.

NOV 2 0 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-24173-PAS

ISIDORA RIVERA,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD, a
Liberian Corporation, d/b/a ROYAL
CARIBBEAN INTERNATIONAL,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Frank De Santis, Esq., of the law firm Law Offices of Frank De Santis, 298 Third Ave., Chula Vista, California, 91910, 619-425-2020, for purposes of appearance as co-counsel on behalf of Plaintiff ISIDORA RIVERA in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Frank De Santis, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1

1. Frank De Santis, Esq. is not admitted to practice in the Southern District of Florida and is a member of good standing of the State Bar of California, California State Bar Number 110400, and the following courts:

   (a) The Supreme Court of California (admitted December 12, 1983);

   (b) United States District Court Southern District of California (admitted December 12, 1983);

   (c) United States District Court Central District of California (admitted July 9, 2001);

   (d) United States District Court Northern District of California (admitted August 13, 2015);

   (e) Ninth Circuit Court of Appeals (admitted August 21, 2014).

2. Movant, Richard Birkenwald, Esq., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and maintains an office located at 2540 Hollywood Blvd., Hollywood, Florida, 33020, 305-944-3335, in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures

3. In accordance with the local rules of this Court, Frank De Santis, Esq. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.   Frank De Santis, Esq., by and through designated counsel and pursuant to Section 2b CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Frank De Santis, Esq. at email address: law@desantislawcenter.com.

WHEREFORE, Movant Richard Birkenwald, Esq. moves this Court to Enter an Order permitting Frank De Santis, Esq. to appear before this Court on behalf of Plaintiff ISIDORA RIVERA, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Frank De Santis, Esq. at email address: law@desantislawcenter.com.

Dated: November 17, 2015

Respectfully submitted,

*Richard Birkenwald*
Richard Birkenwald, Esq.
Florida Bar Number 621780
email: birkenwa@ix.netcom.com
2540 Hollywood Blvd, Ste 305
Hollywood Florida 33020
Telephone: 305-944-3335
Telecopier: 305-722-3668
Attorney for Plaintiff,
ISIDORA RIVERA

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-cv-24173-PAS

ISIDORA RIVERA,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD, a
Liberian Corporation, d/b/a ROYAL
CARIBBEAN INTERNATIONAL,

      Defendant.
_____/

### CERTIFICATION OF FRANK DE SANTIS, ESQ.

Frank De Santis, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of California and the following courts:

(a) The Supreme Court of California (admitted December 12, 1983);
(b) United States District Court Southern District of California (admitted December 12, 1983);
(c) United States District Court Central District of California (admitted July 9, 2001);
(d) United States District Court Northern District of California (admitted August 13, 2015);
(e) Ninth Circuit Court of Appeals (admitted August 21, 2014).

Respectfully submitted,

_____
Frank De Santis, Esq.

CERTIFICATION OF SERVICE

I hereby certify that on this ___ day of November a true and correct copy of the forgoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list.

    /s/ Richard Birkenwald
Richard Birkenwald, Esq.
Florida Bar Number 621780
email: birkenwa@ix.netcom.com
2540 Hollywood Blvd, Ste 305
Hollywood Florida 33020
Telephone: 305-944-3335
Telecopier: 305-722-3668
Attorney for Plaintiff,
ISIDORA RIVERA

ISIDORA RIVERA vs. ROYAL CARIBBEAN CRUISES, LTD, a Liberian Corporation, d/b/a ROYAL CARIBBEAN INTERNATIONAL

CASE NO. 1:15-cv-24173-PAS

### SERVICE LIST

| | |
|---|---|
| Richard Birkenwald, Esq.<br>Florida Bar Number 621780<br>email: birkenwa@ix.netcom.com<br>2540 Hollywood Blvd, Ste 305<br>Hollywood, Florida 33020<br>Telephone: 305-944-3335<br>Telecopier: 305-722-3668<br>Attorney for Plaintiff,<br>Isidora Rivera | Attorney for Defendant<br>Royal Caribbean Cruises, Ltd. d/b/a Royal Caribbean International<br><br>Defendant has not yet entered an appearance. |