UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-24173-PAS

ISIDORA RIVERA

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD, a
Liberian Corporation, d/b/a ROYAL CARIBBEAN
INTERNATIONAL,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* AND
DIRECTING ADDITION TO DOCKET TO RECEIVE NOTICES OF
ELECTRONIC FILING**

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 8],[1] requesting, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Frank De Santis, Esq. in this matter and to electronically receive notice of electronic filings. Upon consideration, it is hereby

ORDERED THAT

(1) The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 8] is **GRANTED**. Frank De Santis, Esq. shall be permitted to appear *pro hac vice* on behalf of Plaintiff Isidora Rivera, in this matter, solely for purposes of this case;

---

[1] Plaintiff's counsel filed a previous *pro hac vice* motion [DE 6], which was identical to the present motion except that it lacked the necessary original signature by local counsel. That error has been corrected in this motion.

(2) During the course of this case, Frank De Santis, Esq. shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to adhere to this Court's local rules may result in the revocation of Counsel's *pro hac vice* admission;

(3) Richard Birkenwald, Esq., a member of the bar of this Court who maintains an office in this State for the practice of law, shall be Plaintiff's designated local counsel with whom the Court and Counsel may readily communicate and upon whom papers may be served; and

(4) The request of Frank De Santis, Esq. to electronically receive notices of electronic filings ("NEF") at: law@desantislawcenter.com is **GRANTED**. The Clerk of Court is **DIRECTED** to add this email address as a NEF recipient.

(5) Plaintiff's previous Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 6] is **DENIED AS MOOT**.

DONE AND ORDERED in Miami, Florida, this 23rd day of November, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record