UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 15-CV-24173-Seitz/Turnoff

ISIDORA RIVERA,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation, d/b/a ROYAL CARIBBEAN INTERNATIONAL,

    Defendant.

_____/

## DEFENDANT, ROYAL CARIBBEAN CRUISES LTD.'S CORPORATE DISCLOSURES

ROYAL CARIBBEAN CRUISES LTD., (hereinafter "RCL"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits its Corporate Disclosure Statement.

The Defendant, Royal Caribbean Cruises Ltd., is a publicly traded company and no other publicly held corporation owns more than 10 percent of its stock.

Furthermore, Royal Caribbean Cruises Ltd. submits that the Plaintiff, counsel for the Plaintiff, and counsel for the Defendant likewise have an interest in the outcome of this matter.

Dated: December 8, 2015
       Miami, Florida

                                      CELEBRITY CRUISES INC.
                                      Attorneys for Defendant
                                      1080 Caribbean Way
                                      Miami, Florida 33132
                                      Tel:  (305) 982-2046
                                      Alt.: (305) 539-4457
                                      Fax: (305) 539-6561
                                      Email: napplin@rccl.com

                                          s/Nicholas A. Applin
                                    By:_____
                                           Nicholas A. Applin

Isidora Rivera v. Royal Caribbean Cruises Ltd.
Case No. 15-CV-24173-Seitz/Turnoff

Florida Bar No.: 92243

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8 day of December, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/Randy Ginsberg
RANDY GINSBERG
FLA. BAR NO. 185485
rginsberg@rccl.com

Isidora Rivera v. Royal Caribbean Cruises Ltd.
Case No. 15-CV-24173-Seitz/Turnoff

## SERVICE LIST

| | |
|---|---|
| Richard Birkenwald, Esq.<br>birkenwa@ix.netcom.com<br>2450 Hollywood Blvd.<br>Suite 305<br>Hollywood, FL 33020<br>Tel. (305) 944-3335<br>Fax. (305) 722-3668<br><br>Frank De Santis, Esq., *pro hac vice*<br>law@desantislawcenter.com<br>Law Offices of Frank De Santis<br>298 Third Avenue<br>Chula Vista, CA 91910<br>Tel. (619) 425-2020<br><br>*Attorneys for Plaintiff* | Randy S. Ginsberg, Esq.<br>rginsberg@rccl.com<br>ROYAL CARIBBEAN CRUISES LTD.<br>1080 Caribbean Way<br>Miami, Florida   33132<br>Tel. (305) 539-6327<br>Alt. (305) 539-4457<br>Fax (305) 539-6561<br><br>*Attorneys for Defendant* |