UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24173-CIV-SEITZ/TURNOFF

ISIDORA RIVERA,
        Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES LTD.,
        Defendant.
_____/

## ORDER REQUIRING JOINT SCHEDULING REPORT

THIS MATTER came before the Court upon the filing of the Complaint. The Court has reviewed the Complaint and is otherwise fully advised. It is

ORDERED:

1. Plaintiff(s) shall provide copies of this order to all counsel and any unrepresented parties. Plaintiff(s) shall ensure compliance with this order.

2. **Joint Scheduling Report (JSR)**. Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b), the parties are jointly responsible for conferring to develop a Joint Scheduling Report that sets out a proposed case management and discovery plan. By **January 15, 2016**, the parties must jointly file with the Court a scheduling report that includes a complete service list containing the names, addresses, phone, facsimile and bar numbers of each counsel. Parties need **not** submit a proposed scheduling order with the Report

3. The **Joint Scheduling Report must include** the following:

    A. A good faith estimate of the specific dollar valuation of damages claimed, any applicable medical liens, and any other relief sought.

B. A list of the legal elements of each claim and defense asserted. Consult the Eleventh Circuit or applicable state standard jury instructions for such. This list will be used to help resolve relevance issues in discovery.

C. A detailed schedule of fact and expert discovery for each party, in light of Federal Rule of Civil Procedure 26(b)(1).

D. Proposed dates and/or deadlines for: Trial; to join other parties; to amend pleadings; to file motions (i.e., Class Certification, Summary Judgment, Daubert, Markman); to complete fact and expert discovery; to exchange Federal Rule of Civil Procedure 26(a)(3) disclosures; to complete mediation; and to hold any status, specialized hearings (i.e., Markman), and pretrial conferences. **Fifteen (15) weeks** must be scheduled between the Summary Judgment Motion deadline and the Pretrial Stipulation deadline to complete briefing and ruling prior to the Pretrial Conference. Pretrial Conferences are set a month before trial. **Attachment A to this order is a case management deadline worksheet for the parties' convenience.**

E. Estimated length of trial and whether it is jury or non-jury.

F. A completed **Magistrate Judge jurisdiction election form for motions appended to this Order as *Attachment B*.** The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If all parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, *Attachment C* **is an election form which all parties must sign and file.**

G. The status and likelihood of settlement.

H. Any other matters that Local Rule 16.1(b) requires, or that may aid in the fair, expeditious and efficient management and/or disposition of this action.

4. Initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) must be made at or before the time the parties confer to develop their case management and discovery plan. The parties must certify in the Joint Scheduling Report that such disclosures have been made unless a party objects that the required disclosure(s) is not appropriate under the circumstances, and files an objection to the specific disclosure(s). Such filed objection must include a full explanation of the basis for the objection.

5. If after receipt of the parties' Joint Scheduling Report the Court determines that a Federal Rule of Civil Procedure 16(b) scheduling and planning conference is necessary, it shall set a hearing. The parties should be prepared to argue all motions pending at the time of such hearing.

DONE AND ORDERED in Miami, Florida, this _11th_ day of December, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

## Case Management Deadline Worksheet

_____ \_\_\_, \_\_\_   Joinder of parties and amendment of pleadings.

_____ \_\_\_, \_\_\_   Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party.

_____ \_\_\_, \_\_\_   Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Federal Rule of Civil Procedure 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

_____ \_\_\_, \_\_\_   Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Federal Rule of Civil Procedure 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

_____ \_\_\_, \_\_\_   All fact discovery must be completed.

_____ \_\_\_, \_\_\_   All expert discovery must be completed.

_____ \_\_\_, \_\_\_   All dispositive pretrial motions and memoranda of law must be filed. A **minimum of fifteen (15) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.**

_____ \_\_\_, \_\_\_   Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.) If the parties do not choose a date, the Court will set a deadline of two weeks after the close of discovery.

_____ \_\_\_, \_\_\_   (a) **Joint** pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

(b) **Joint** proposed jury instructions (jury cases) or findings of facts and conclusions of law (non-jury cases) outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised; **and**

(c) **Joint** Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. **The parties shall work together to prepare the Summary**. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

_____ \_\_\_, \_\_\_   Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A copy shall be e-mailed to Chambers in WordPerfect or Word format at seitz@flsd.uscourts.gov*), each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

_____ \_\_\_, \_\_\_   Pretrial conference. Usually 50 minutes are allotted for pretrial conference unless the parties or the Court, *sua sponte*, indicate a greater time is needed.

_____ \_\_\_, \_\_\_   Trial Date.

_____ \_\_\_, \_\_\_   Date of any other deadline the parties adopt as part of their case management plan, including *Daubert* or *Markman* hearing. In cases the parties anticipate a *Markman* hearing, counsel must provide dates for the exchange of proposed disputed claim terms, and due dates for Plaintiff's brief and Defendant's brief.

[Attachment A]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24173-CIV-SEITZ/TURNOFF

ISIDORA RIVERA,

        Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

        Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs    Yes _____    No _____

2. Motions for Attorney's Fees    Yes _____    No _____

3. Motions for Sanctions    Yes _____    No _____

4. Motions to Dismiss    Yes _____    No _____

5. Motions for Summary Judgment    Yes _____    No _____

6. Discovery Motions    Yes _____    No _____

7. Other (specify) _____

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

[Attachment B]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24173-CIV-SEITZ/TURNOFF

ISIDORA RIVERA,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

       Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| | |
|---|---|
| _____ | _____ |
| (Date) | (Signature-Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature-Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature-Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature-Defendant's Counsel) |

[Attachment C]